**No. 45069.**—Protest 833205–G of F. P. Dow Co. (Seattle).

485

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel that the Christmas-tree decorations·in question are similar to those the subject of *Kresge* v. *United States* (25 C. C. P. A. 1, T. D. 48975) the claim at 45 percent under paragraph 397 was sustained.